FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HER MAJESTY THE QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF AGRICULTURE AND AGRI-FOOD, a Canadian governmental authority,<br><br>    Plaintiff,<br><br>    v.<br><br>VAN WELL NURSERY, INC., a Washington Corporation; MONSON FRUIT COMPANY, INC., a Washington Corporation; GORDON GOODWIN, an individual; and SALLY GOODWIN, an individual,<br><br>    Defendants. | NO. 2:20-CV-00181-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER** |

Before the Court is Plaintiff's Stipulated Motion for Protective Order, ECF No. 32. The parties agree and request that the Court enter their proposed stipulated protective order governing the production and use of confidential, proprietary, or private information for which special protection from public disclosure is warranted pursuant to Fed. R. Civ. P. 26. In addition, the parties request that the

**ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER** * 1

Court enter an order pursuant to Fed. R. Evid. 502(d) regarding the production of privileged or work-product-protected documents. The Court finds good cause to grant the motion and enter the proposed stipulated protective order into the record.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Stipulated Motion for Protective Order, ECF No. 32, is **GRANTED**. The proposed Stipulated Protective Order is **accepted** and **entered into the record**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 16th day of September 2020.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER** \* 2