THE HONORABLE STANLEY A. BASTIAN

Mark P. Walters, WSBA No. 30819
LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
T: 206.381.3300
F: 206.381.3301
walters@lowegrahamjones.com

*Attorneys for Defendant Monson Fruit Company, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HER MAJESTY THE QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF AGRICULTURE AND AGRI-FOOD. a Canadian governmental authority,<br><br>Plaintiff,<br><br>VAN WELL NURSERY, INC. a Washington Corporation, MONSON FRUIT COMPANY, INC., a Washington Corporation, GORDON GOODWIN, an individual, and SALLY GOODWIN, an individual<br><br>Defendants.<br><br>VAN WELL NURSERY, INC., a Washington Corporation, MONSON FRUIT COMPANY, INC., a Washington Corporation, GORDON GOODWIN, an individual, and SALLY GOODWIN, an individual,<br>, | No. 2:20-CV-00181-SAB<br><br>**PRAECIPE** RE: REPLY IN SUPPORT OF DEFENDANTS/COUNTER-PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT'S REPLY STATEMENT OF MATERIAL FACTS NOT IN DISPUTE. |

PRAECIPE RE: REPLY IN SUPPORT OF DEFENDANTS/COUNTER-PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT'S REPLY STATEMENT OF MATERIAL FACTS NOT IN DISPUTE.
- 1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

|   |   |
|---|---|
| 1 |   |
| 2 | Counter-Plaintiffs, |
| 3 | HER MAJESTY THE QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF AGRICULTURE AND AGRI-FOOD, a Canadian governmental authority, and SUMMERLAND VARIETIES CORPORATION, a Canadian Corporation, |
| 9 | Counter-Defendants. |

Defendants, Van Well Nursery, Inc., Monson Fruit Company, Inc., and Gordon/Sally Goodwin hereby file this praecipe to correct their Reply in Support of Defendants/Counter-Plaintiffs' Motion for Summary Judgement's (ECF No. 265.)

Due to an oversight, Defendants did not file a Local Rule 56(c)(1)(C) "Reply Statement of Material Facts Not in Dispute" along with their Reply. Thus, a Reply Statement of Material Facts Not in Dispute is being filed and served contemporaneously herewith.

DATED this 13th day of September 2022.

//

//

//

PRAECIPE RE: REPLY IN SUPPORT OF DEFENDANTS/COUNTER-PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT'S REPLY STATEMENT OF MATERIAL FACTS NOT IN DISPUTE.
- 2

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

LOWE GRAHAM JONES PLLC

By /s/ Mark P. Walters
Mark P. Walters, WSBA No. 30819
Mitchell D. West, WSBA No. 53103
walters@lowegrahamjones.com
west@lowegrahamjones.com
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone: (206) 381-3300

Attorneys for Defendant Monson Fruit Company, Inc.

/s/ Quentin D. Batjer
DAVIS, ARNEIL LAW FIRM, LLP
617 Washington Street
Wenatchee, WA 98801
Tel: (509) 662-3551
quentin@dadkp.com

/s/ Kent Doll
Kent N. Doll. Jr., WSBA 40549
Feltman Ewing, P.S.
421 W. Riverside Ave., Suite 1600
Spokane, WA, 99201
kentd@feltmanewing.com


Tim Billick, WSBA No. 46690
TBILLICK LAW PLLC
600 1st Ave
Seattle, WA 98104
Tel: (206) 494-0020
tim@tbillicklaw.com
Attorneys for Defendants Van Well Nursery, Inc., Gordan and Sally Goodwin

PRAECIPE RE: REPLY IN SUPPORT OF DEFENDANTS/COUNTER-PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT'S REPLY STATEMENT OF MATERIAL FACTS NOT IN DISPUTE.
- 3

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

# CERTIFICATE OF SERVICE

I certify that on September 13, 2022, a copy of this pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the court's electronic filing system.

                                                 */s/ Mitchell West*
                                                 Mitchell West, Attorney

PRAECIPE RE: REPLY IN SUPPORT OF DEFENDANTS/COUNTER-PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT'S REPLY STATEMENT OF MATERIAL FACTS NOT IN DISPUTE.
- 4

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301