FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HER MAJESTY THE QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF AGRICULTURE AND AGRI-FOOD, a Canadian governmental authority, <br><br> Plaintiff, <br><br> v. <br><br> VAN WELL NURSERY, INC., a Washington Corporation, MONSON FRUIT COMPANY, INC., a Washington Corporation, GORDON GOODWIN, an individual, and SALLY GOODWIN, an individual, <br><br> Defendants. | NO. 2:20-CV-00181-SAB <br><br><br> **ORDER DISMISSING CLAIMS AND COUNTERCLAIMS AGAINST PLAINTIFF AND DEFENDANTS GORDON AND SALLY GOODWIN** |

Before the Court is Plaintiff AAFC and Defendants Gordon and Sally Goodwin's Stipulation of Dismissal, ECF No. 474, 475. Plaintiff is represented by Alyssa Orellana, Jennifer Bennett, Daniel Short, Michelle Fischer, Cary Sullivan, and John O'Donnell. The Goodwin Defendants are represented by Quentin Batjer.

**ORDER DISMISSING CLAIMS AND COUNTERCLAIMS AGAINST PLAINTIFF AND DEFEDANTS GORDON AND SALLY GOODWIN ~ 1**

The parties stipulate to the dismissal with prejudice of all their claims and counterclaims against each other in this action.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff AAFC and Defendant Gordon and Sally Goodwin's Stipulation of Dismissal, ECF No. 474, 475, is **GRANTED**.

2. All claims and counterclaims against Plaintiff and Defendants Gordon and Sally Goodwin are **DISMISSED** with prejudice, with each party bearing its own attorneys' fees and costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 15th day of September 2025.



Stan Bastian
Chief United States District Judge

**ORDER DISMISSING CLAIMS AND COUNTERCLAIMS AGAINST PLAINTIFF AND DEFEDANTS GORDON AND SALLY GOODWIN ~ 2**