FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HER MAJESTY THE QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF AGRICULTURE AND AGRI-FOOD, a Canadian governmental authority,<br>Plaintiff,<br>v.<br>MONSON FRUIT COMPANY, INC., a Washington Corporation,<br>Defendant. | No. 2:20-CV-00181-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

Before the Court is the parties' Stipulation of Dismissal. ECF No. 549. The parties ask the Court to dismiss with prejudice all their claims and counterclaims in this action, with each party bearing its own attorneys' fees and costs.

Accordingly, **IT IS HEREBY ORDERED:**

1. Pursuant to Fed. R. Civ. P. 41(a) and the parties' Stipulation, ECF No. 549, the claims and counterclaims asserted in the above-captioned action are **DISMISSED**, with prejudice, with each party bearing its own attorneys' fees and costs.

2. The Clerk of Court is directed to **close** the file.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 10th day of September 2026.

Stan Bastian
Chief United States District Judge